BETTY HERRERA (242189)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE REED, | ) Civil No. 08-01892 SC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Monday, September 29, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (6) in and around this time period.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 13, 2008        /s/
                              THEOPHOUS H. REAGANS
                              Special Assistant U.S. Attorney


Dated: August 13, 2008        /s/
                              BETTY HERRERA
                              Attorney for Plaintiff
                              BONNIE REED

IT IS SO ORDERED.

Dated:  8/14/08
                              _____
                              HON. _____ ____NTI
                              United _____ ___ Judge

STIPULATION AND ORDER

2