HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE REED, ) | Civil No. 08-01892 SC |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| Defendant. ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, October 29, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (5) in and around this time period.

1

STIPULATION AND ORDER

1
2
3                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
4
                                     (verbal authorization given by
5                                    Jacqueline Forslund on
                                     Mr. Reagans behalf)
6   Dated: September 29, 2008        /s/
                                     _____
7                                    THEOPHOUS H. REAGANS
                                     Special Assistant U.S. Attorney
8
9
10
11  Dated: September 29, 2008        /s/
                                     _____
12                                   HARVEY P. SACKETT
                                     Attorney for Plaintiff
13                                   BONNIE REED
14
15  IT IS SO ORDERED.
16
17  Dated:                           _____
                                     HON. SAMUEL CONTI
18                                   United States District Judge
19
20
21
22
23
24
25
26
27
28

2

STIPULATION AND ORDER