JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BONNIE REED, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL NO. 08-01892 SC <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time up and through December 28, 2008, in which to e-file his Cross-Motion for Summary Judgment. This extension is requested because counsel for Defendant needs additional time to review the case.

///

///

///

///

///

///

Dated: November 28, 2008     */s/ Harvey P. Sackett*
*(As authorized via email on 11/26/08)*
HARVEY P. SACKETT
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: November 28, 2008     By:    */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/2/08     _____
SAMUEL CONTI
United States District Court Judge

*IT IS SO ORDERED.* (stamp, signed Samuel Conti)

2