1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
3   Social Security Administration
    THEOPHOUS H. REAGANS 189450
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7
    Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12  BONNIE REED,                    )
                                    )       CIVIL NO. C-08-1892 SC
13          Plaintiff,              )
                                    )
14              v.                  )       STIPULATION AND ORDER OF REMAND
                                    )
15  MICHAEL J. ASTRUE,              )
    Commissioner of                )
16  Social Security,               )
                                    )
17          Defendant.              )
                                    )
18  _____)

19
20          IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

21  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

22  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to

    offer Plaintiff a new hearing and decision.
23
            Upon remand, the Office of Disability Adjudication and Review will remand this case to an
24
    Administrative Law Judge (ALJ) and direct him or her to reconsider the opinions of Rodolfo Rodriguez,
25
    M.D., and Michael L.M. Joyce, M.D., and if he rejects them, to provide specific and legitimate reasons
26
    for doing so.  In addition, the ALJ will further consider Plaintiff's residual functional capacity and
27
    provide rationale with reference to specific evidence of record.
28
            The ALJ will otherwise develop the record as needed.

1

2  Dated:  _January 13, 2009_          /s/ Theophous H. Reagans_____
                                        _(As authorized via e-mail on January 13, 2009_)
3                                       HARVEY P. SACKETT
                                        Attorney for Plaintiff
4

5                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney
6

7  Dated:  _December 29, 2008_    By:  /s/ Theophous H. Reagans_____
                                        THEOPHOUS H. REAGANS
8                                       Special Assistant United States Attorney

9

10  PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the

11  Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further

12  proceedings.

13

14

15

16  Dated:  ___1/23/09_____

17                                       United _____

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28