```
1  JOSEPH P. RUSSONIELO
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8943
        Facsimile: (415) 744-0134
7       E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BONNIE REED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 1:08-CV-1892 SC<br><br>STIPULATION AND ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's attorney, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR THOUSAND FOUR HUNDRED SIXTY SEVEN AND SEVENTY FOUR CENTS (**$4,467.74**). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred

in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: _March 30, 2009_      /s/ Harvey P. Sackett
                             (As authorized via facsimile)
                             HARVEY P. SACKETT
                             Attorney for Plaintiff

Dated: _March 30, 2009_      JOSEPH P. RUSSONIELO
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             /s/Theophous H. Reagans
                             THEOPHOUS H. REAGANS
                             Attorneys for Defendant

IT IS SO ORDERED:

Dated: April 1, 2009         _____
                             SAMUEL CONTI
                             United States District Judge